■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELGRECO McQUEEN, Appellant. [36 NYS3d 601]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered November 18, 2014, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, since he was sentenced as a second felony offender pursuant to Penal Law § 70.06, the County Court properly imposed a mandatory five-year term of postrelease supervision upon his conviction of attempted criminal possession of a weapon in the second degree (*see* Penal Law §§ 70.45 [2]; 110.00, 265.03; *People v Motley*, 56 AD3d 1158, 1159 [2008]; *People v Lockett*, 303 AD2d 947 [2003]; *see also People v Helmus*, 125 AD3d 884, 885 [2015]).

The defendant's remaining contention, raised in his pro se supplemental brief, is without merit. Hall, J.P., Cohen, Miller and Barros, JJ., concur.